UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80051-CIV-CANNON

**DANIEL LUGO**,

    Plaintiff,

v.

**KEY WEST HARBOR INN, INC.,**

    Defendant.
_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal [ECF No. 8], filed on February 20, 2023. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITH PREJUDICE**, effective February 20, 2023, the date on which the parties filed their Stipulation of Dismissal [ECF No. 8]. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    The Clerk of Court is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 21st day of February 2023.

                                      **AILEEN M. CANNON**
                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record